Case 1:04-cv-01373-MSK-BNB   Document 30   Filed 03/09/12   USDC Colorado   Page 1 of 3

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tammy Downs D.C. on
Mar 09, 2012
For the United States District Court
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 09 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

FILED
United States District Court
Denver, Colorado
MARCH 9, 2012
GREGORY C. LANGHAM, CLERK
by s/Sandra Hartmann, Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 09, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                                 MDL No. 1507

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | | |
|---|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION | |
| ARE | 4 | 04–01547 | ALN | 2 | 04–01423 | Wingfield v. Wyeth Inc, et al | |
| ARE | 4 | 04–01561 | ALN | 2 | 04–01437 | Howell, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01586 | ALN | 2 | 04–01462 | Gary, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01600 | ALN | 2 | 04–01487 | Battle, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01609 | ALN | 2 | 04–01496 | Spiers, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01611 | ALN | 2 | 04–01498 | Magner, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01617 | ALN | 2 | 04–01504 | Stewart, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01621 | ALN | 2 | 04–01513 | Buchanan, et al v. Wyeth Inc, et al | |
| ~~ARE~~ | ~~4~~ | ~~04–01983~~ | ~~ALN~~ | ~~6~~ | ~~04–01898~~ | ~~Bell v. Wyeth Pharmaceutical, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01987~~ | ~~ALN~~ | ~~6~~ | ~~04–01902~~ | ~~Blankenship v. Wyeth Pharmaceutical, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–02026~~ | ~~ALN~~ | ~~6~~ | ~~04–01941~~ | ~~Driver v. Wyeth Pharmaceutical, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–02100~~ | ~~ALN~~ | ~~6~~ | ~~04–02015~~ | ~~Knight v. Wyeth Pharmaceutical Inc et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–02105~~ | ~~ALN~~ | ~~6~~ | ~~04–02020~~ | ~~Leps v. Wyeth Pharmaceutical, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01123~~ | ~~CAC~~ | ~~2~~ | ~~04–04742~~ | ~~Barbour, et al v. Wyeth Inc, et al~~ | Opposed 3/8/12 |
| ARE | 4 | 05–00374 | CAC | 2 | 04–08653 | Heller, et al v. Wyeth Pharmaceutical, et al | |
| ARE | 4 | 05–00370 | CAC | 2 | 04–08654 | Epstein, et al v. Wyeth Pharmaceutical, et al | |
| ARE | 4 | 05–00369 | CAC | 2 | 04–08656 | Krol, et al v. Wyeth Pharmaceutical, et al | |
| ARE | 4 | 05–00373 | CAC | 2 | 04–08782 | Hawthorne, et al v. Wyeth Pharmaceutical, et al | |
| ARE | 4 | 05–00372 | CAC | 2 | 04–08791 | Broumandi, et al v. Wyeth Pharmaceutical, et al | |
| ~~ARE~~ | ~~4~~ | ~~05–00524~~ | ~~CAC~~ | ~~2~~ | ~~04–08944~~ | ~~Campbell v. Wyeth Inc et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01002~~ | ~~CAN~~ | ~~3~~ | ~~04–02170~~ | ~~Grisso, et al v. Pharmacia &Upjohn, et al~~ | Opposed 3/8/12 |
| ARE | 4 | 05–00047 | CO | 1 | 04–01373 | Self, et al v. Wyeth Pharmaceutical, et al | |
| ~~ARE~~ | ~~4~~ | ~~04–02283~~ | ~~ILN~~ | ~~1~~ | ~~04–06135~~ | ~~Gage v. Wyeth, et al~~ | Opposed 3/8/12 |
| ARE | 4 | 04–02269 | KS | 2 | 04–02470 | Cox v. Wyeth LLC | |
| ARE | 4 | 04–02285 | LAM | 3 | 04–00713 | Gaudin, et al v. Wyeth Inc, et al | |
| ARE | 4 | 05–00041 | MA | 1 | 04–11912 | Czwakiel, et al v. Wyeth Inc, et al | |
| ARE | 4 | 04–01060 | MN | 0 | 04–03100 | Floyd v. Wyeth Inc, et al | |
| ~~ARE~~ | ~~4~~ | ~~04–01072~~ | ~~MN~~ | ~~0~~ | ~~04–03137~~ | ~~Ryan, et al v. Wyeth Pharmaceutical, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01150~~ | ~~MN~~ | ~~0~~ | ~~04–03364~~ | ~~Davenport, et al v. Wyeth, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01194~~ | ~~MN~~ | ~~0~~ | ~~04–03381~~ | ~~Schweikl, et al v. Wyeth, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01439~~ | ~~MN~~ | ~~0~~ | ~~04–03382~~ | ~~Taja, et al v. Wyeth, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01433~~ | ~~MN~~ | ~~0~~ | ~~04–03390~~ | ~~Perona v. Wyeth, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01293~~ | ~~MN~~ | ~~0~~ | ~~04–03534~~ | ~~Baker v. Wyeth, et al~~ | Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01296~~ | ~~MN~~ | ~~0~~ | ~~04–03535~~ | ~~McLean v. Wyeth, et al~~ | Opposed 3/8/12 |
| ARE | 4 | 04–02317 | MN | 0 | 04–04304 | Ostenso, et al v. Wyeth LLC | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARE | 4 | 05–00010 | MN | 0 | 04–04575 | Peters et al v. Wyeth LLC |
| ~~ARE~~ | ~~4~~ | ~~05–00504~~ | ~~MN~~ | ~~0~~ | ~~04–05059~~ | ~~Galinsky v. Wyeth, et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~05–00502~~ | ~~MN~~ | ~~0~~ | ~~04–05060~~ | ~~Youngwerth, et al v. Wyeth, et al~~ Opposed 3/8/12 |
| ARE | 4 | 05–00455 | MN | 0 | 04–05123 | Danos, et al v. Wyeth, et al |
| ARE | 4 | 05–00039 | MOW | 2 | 04–04274 | Clay v. Wyeth LLC et al |
| ARE | 4 | 04–01411 | MSS | 1 | 04–00701 | Alexander v. Wyeth, et al |
| ARE | 4 | 04–01414 | MSS | 1 | 04–00705 | Linton v. Wyeth, et al |
| ARE | 4 | 05–00550 | MSS | 1 | 05–00007 | Beemon, et al v. Wyeth Pharmaceutical, et al |
| ARE | 4 | 03–00712 | MSS | 4 | 03–00105 | Massey, et al v. Wyeth Inc, et al |
| ARE | 4 | 05–00450 | MT | 4 | 04–00129 | Denison v. Wyeth, et al |
| ARE | 4 | 05–00066 | NYE | 1 | 04–04463 | Devoe v. Wyeth, et al |
| ARE | 4 | 05–00026 | NYS | 1 | 04–07615 | Harris v. Wyeth Inc, et al |
| ARE | 4 | 04–00867 | OHN | 1 | 04–00987 | Braden v. Wyeth Inc, et al |
| ~~ARE~~ | ~~4~~ | ~~05–00034~~ | ~~OHN~~ | ~~1~~ | ~~04–02013~~ | ~~Honeywell, et al v. Wyeth Inc, et al~~ Opposed 3/8/12 |
| ARE | 4 | 05–00190 | OHN | 3 | 04–07679 | Hilkens v. Wyeth, et al |
| ARE | 4 | 05–00064 | OR | 3 | 04–01540 | Carlson v. Wyeth, et al |
| ~~ARE~~ | ~~4~~ | ~~04–01420~~ | ~~TXE~~ | ~~1~~ | ~~04–00429~~ | ~~Weber v. Wyeth, et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01231~~ | ~~TXE~~ | ~~4~~ | ~~04–00234~~ | ~~Safar, et al v. Wyeth, et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01396~~ | ~~TXE~~ | ~~6~~ | ~~04–00308~~ | ~~Carey v. Wyeth, et al~~ Opposed 3/8/12 |
| ARE | 4 | 05–00552 | TXE | 6 | 04–00401 | Meastas, et al v. Wyeth, et al |
| ~~ARE~~ | ~~4~~ | ~~04–01512~~ | ~~TXS~~ | ~~3~~ | ~~04–00450~~ | ~~Garcia v. Wyeth, et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01494~~ | ~~TXS~~ | ~~3~~ | ~~04–00453~~ | ~~Struve v. Wyeth, et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–00260~~ | ~~TXS~~ | ~~4~~ | ~~03–03302~~ | ~~Peek et al v. Wyeth Inc et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–00195~~ | ~~TXS~~ | ~~4~~ | ~~03–04495~~ | ~~Wiede, et al v. Wyeth Inc, et al~~ Opposed 3/8/12 |
| ~~ARE~~ | ~~4~~ | ~~04–01356~~ | ~~TXW~~ | ~~1~~ | ~~04–00424~~ | ~~Franczak v. Wyeth et al~~ Opposed 3/8/12 |
| ARE | 4 | 04–01380 | VAE | 1 | 04–00944 | Kingsley v. Wyeth, et al |
| ARE | 4 | 10–00987 | VAW | 1 | 10–00021 | Hess v. Pfizer et al |
| ~~ARE~~ | ~~4~~ | ~~04–01283~~ | ~~WVS~~ | ~~3~~ | ~~04–00693~~ | ~~Skeens v. Wyeth et al~~ Opposed 3/8/12 |

\* − denotes that the civil action has been severed.